**ROMAG FASTENERS, INC.,**
**Plaintiff–Appellee,**

v.

**MITZI INTERNATIONAL HANDBAG & ACCESSORIES, LTD.,**
**Defendant–Appellant.**

No. 05–1229.

United States Court of Appeals,
Federal Circuit.

March 31, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**CIRRUS LOGIC, INC., Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
**Appellee.**

No. 05–1249.

United States Court of Appeals,
Federal Circuit.

March 31, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).